UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

KEISHLA CRUZ-TORRES,

Plaintiff,

v. Case No. 2:25-cv-842-KCD-NPM

COMMISSIONER OF SOCIAL SECURITY,

Defendant,
_____________________________/

**ORDER**

Before the Court is United States Magistrate Judge Nicholas P. Mizell's Report and Recommendation ("R&R"). (Doc. 16.) Judge Mizell recommends affirming the Commissioner's decision denying Plaintiff's social security benefits. (*Id.* at 14.) Plaintiff did not object, and the time to do so has passed.

After reviewing the findings and recommendations, a district judge "may accept, reject, or modify, in whole or in part," a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1)(C). In the absence of specific objections, there is no requirement that a district judge review the report and recommendation de novo. *See Garvey v. Vaughn*, 993 F.2d 776, 779 n.9 (11th Cir. 1993). Instead, when parties don't object, a district court need only correct plain error as demanded by the interests of justice. *See, e.g.*, *Symonette v. V.A. Leasing Corp.*, 648 F. App'x 787, 790 (11th Cir. 2016); *Thomas v. Arn*, 474 U.S. 140, 150-52 (1985). Plain error exists if (1) "an error

occurred"; (2) "the error was plain"; (3) "it affected substantial rights"; and (4) "not correcting the error would seriously affect the fairness of the judicial proceedings." *Farley v. Nationwide Mut. Ins.*, 197 F.3d 1322, 1329 (11th Cir. 1999).

After careful consideration and an independent review of the case, the Court finds no plain error. It accepts and adopts the R&R in full.

Accordingly, it is now **ORDERED**:

1. The Report and Recommendation (Doc. 16) is **ACCEPTED and ADOPTED** and the findings incorporated herein.
2. The decision of the Commissioner is **AFFIRMED** pursuant to sentence four of 42 U.S.C. § 405(g).
3. The clerk is directed to enter judgment in the Commissioner's favor, terminate all scheduled events, and close the case.

**ENTERED** in Fort Myers, Florida on September 8, 2026.

Kyle C. Dudek
United States District Judge